PBGC
Protecting America's Pensions
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Washington, D.C. 20005-4026

FEB 10 2006

Carl I. Hayes, Jr.
President
Wellington Development Corporation
800 Wellington Avenue
Cranston RI 02910

**NOTICE OF DETERMINATION**

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC") has determined, under section 4042 (a) of the Employee Retirement Income Security Act of 1974, *as amended* ("ERISA"), 29 U.S.C. § 1342 (a) that the C.I. Hayes, Inc. Pension Plan for Union Employees ("Union Plan") does not have assets available to pay benefits which are currently due under the terms of the Plan.

PBGC has further determined, under ERISA § 4042 (c), 29 U.S.C. § 1342 (c), that the Union Plan must be terminated in order to protect the interests of the Union Plan's participants. Accordingly, PBGC intends to proceed under ERISA § 4042, 29 U.S.C. § 1342, to have the Union Plan terminated and PBGC appointed as statutory trustee, and under ERISA § 4048, 29 U.S.C. § 1348, to have February 28, 2006, established as the Union Plan's termination date.

PBGC has completed its decision-making process in this matter; accordingly, this determination is effective on the date it is issued.

PENSION BENEFIT GUARANTY CORPORATION

William B. Hulteng

WILLIAM B. HULTENG
Acting Chief Operating Officer