Pension Benefit Guaranty Corporation
1200 K Street, N.W., Washington, D.C. 20005-4026

FEB 10 2006

Carl I. Hayes, Jr.
President
Wellington Development Corp.
800 Wellington Ave.
Cranston RI 02910

EIN/PN: 05-0155320/002
PBGC Case Number: 198293-00
Plan Termination Date:
Plan Name: C.I. Hayes Pension Plan for Union Employees ("Union Plan")

**Re: Termination and Trusteeship of C.I. Hayes Union Plan**

Dear Mr. Hayes:

Enclosed is the Notice of Determination ("NOD") issued by the Pension Benefit Guaranty Corporation that the Union Plan should be terminated under the Employee Retirement Income Security Act of 1974. As the NOD states, PBGC is proceeding to have the Union Plan terminated, to have PBGC appointed as the Union Plan's trustee, and to have February 28, 2006, established as the Union Plan termination date.

Termination and PBGC trusteeship can be accomplished either: (1) by agreement between PBGC and the Plan Administrator, or (2) by order of a United States District Court. We would prefer to terminate the Union Plan by agreement in order to avoid the expense and delay of litigation.

Therefore, enclosed for your signature are three originals of an Agreement for Appointment of Trustee and Termination of Pension Plan. This Agreement terminates the Union Plan, names PBGC statutory trustee of the Union Plan, and establishes a termination date of February 28, 2006. Please sign the three original Agreements and return them to PBGC in the enclosed self-addressed, stamped envelope.

PBGC will then execute the Agreements and return a fully executed copy to you. If we do not receive the signed Agreements within 30 days, this matter will be referred to our Office of the Chief Counsel for commencement of court proceedings.

Please contact me if you have any questions with regard to this matter. In any correspondence, please provide the PBGC Case Number (listed at the top of this letter) and a day-time telephone number.

Sincerely,

David Barton

David Barton, Financial Analyst
Corporate Finance & Restructuring Group 2
Division of Insurance Supervision & Compliance
(202) 326-4100, ext. 3244 (not a toll-free number)

Enclosures

**AGREEMENT FOR APPOINTMENT OF TRUSTEE AND TERMINATION OF PLAN**

This is an AGREEMENT between the Pension Benefit Guaranty Corporation ("PBGC") and Wellington Development Corporation, formerly C.I. Hayes Inc. ("Company").

**RECITALS:**

A. PBGC is a United States government agency established by Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§1301-1461 ("ERISA").

B. The Company is a corporation organized under the laws of Rhode Island, with its principal place of business located in Cranston, Rhode Island.

C. Effective January 1, 1974, the Company established the Pension Plan for Union Employees of C.I. Hayes Inc. ("Union Plan") to provide retirement benefits for certain of its employees.

D. The Union Plan is an employee pension benefit plan to which 29 U.S.C. § 1321(a) applies and is not exempt under 29 U.S.C. § 1321(b). The Union Plan is therefore covered by Title IV of ERISA.

E. The Company is the administrator of the Union Plan within the meaning of 29 U.S.C. §§ 1002(16) and 1301(a)(1).

F. The Union Plan did not have assets to pay benefits due as of December 1, 2005.

**AGREEMENT FOR APPOINTMENT OF TRUSTEE AND TERMINATION OF PLAN**

This is an AGREEMENT between the Pension Benefit Guaranty Corporation ("PBGC") and Wellington Development Corporation, formerly C.I. Hayes Inc. ("Company").

**RECITALS:**

A. PBGC is a United States government agency established by Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§1301-1461 ("ERISA").

B. The Company is a corporation organized under the laws of Rhode Island, with its principal place of business located in Cranston, Rhode Island.

C. Effective January 1, 1974, the Company established the Pension Plan for Union Employees of C.I. Hayes Inc. ("Union Plan") to provide retirement benefits for certain of its employees.

D. The Union Plan is an employee pension benefit plan to which 29 U.S.C. § 1321(a) applies and is not exempt under 29 U.S.C. § 1321(b). The Union Plan is therefore covered by Title IV of ERISA.

E. The Company is the administrator of the Union Plan within the meaning of 29 U.S.C. §§ 1002(16) and 1301(a)(1).

F. The Union Plan did not have assets to pay benefits due as of December 1, 2005.

G. On February 28, 2006, the Company was a contributing sponsor of the Union Plan within the meaning of 29 U.S.C. § 1301(a)(13).

H. PBGC has issued to the Company a Notice of Determination under 29 U.S.C. § 1342(a) that the Union Plan does not have assets available to pay benefits which are currently due, and that the Union Plan should be terminated under 29 U.S.C. § 1342(c).

**NOW THEREFORE, the parties agree:**

1. The Union Plan is terminated under 29 U.S.C. § 1342(c).

2. The Union Plan termination date is February 28, 2006, under 29 U.S.C. § 1348.

3. PBGC is appointed trustee of the Union Plan under 29 U.S.C. § 1342 (c).

4. The Company and all other persons having possession or control of any records, assets or other property of the Union Plan shall convey and deliver to PBGC all such records, assets or property.

5. PBGC will have, with respect to the Union Plan, all of the rights and powers of a trustee specified in ERISA or otherwise granted by law.

The persons signing this Agreement are authorized to do so. The Agreement will take effect on the date the last person signs below.

**WELLINGTON DEVELOPMENT CORPORATION**

Dated: ___________ By: ______________________________
Carl I. Hayes, Jr.
President

**PENSION BENEFIT GUARANTY CORPORATION**

Dated: ___________ By: ______________________________
Auditor