IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-CV-215-T-LDA |
| | ) | |
| WELLINGTON DEVELOPMENT CORPORATION, f/k/a C.I. HAYES, INC., | ) | Chief Judge Ernest C. Torres |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation, plaintiff, dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: May 12, 2006
Washington, D.C.

JEFFREY B. COHEN (DC Bar No. 347880)
Chief Counsel
ISRAEL GOLDOWITZ (DC Bar No. 291120)
Deputy Chief Counsel
KAREN L. MORRIS (DC Bar No. 419786)
Associate Chief Counsel
JAMES L. EGGEMAN (VA Bar No. 37101)
Assistant General Counsel
RALPH L. LANDY (PA Bar No. 41384)
Attorney (Lead Counsel and Counsel Designated to Receive Notices)
Attorneys for Plaintiff
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020 ext. 3090
FAX: (202) 326-4112
E-mail: landy.ralph@pbgc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Dismissal in the above-captioned proceeding was served by Federal Express this 12th day of May, 2006, upon:

Terry L. Moore, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10165

Ralph L. Landy
RALPH L. LANDY
Attorney

ENTER
Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 5/25/06